# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN DAVID: LEPRE, IN ESSE AND SUI JURIS, CLAIMANT IN LAW,       :    No. 156 MM 2018

           Petitioner       :

            v.       :

MARGARET J. KRUPINSKI, IN HER OFFICIAL AND PRIVATE CAPACITY AND THE COMMONWEALTH OF PENNSYLVANIA, T/D/B/A UNIFIED JUDICIAL SYSTEM, A FOREIGN CORPORATE JURISDICTION AND VENUE,       :

           Respondents       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the "Original Writ of Mandamus," as amended, is DENIED.